HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ASHER WORLDWIDE ENTERPRISES LLC, d/b/a , RELIABUY.COM<br><br>Plaintiff,<br><br>v.<br><br>SUR LA TABLE, INC., and HOUSEWARESONLY.COM, and RESTAURANTKITCHENWAREHOUSE.COM<br><br>Defendants. | Cause No. 11-CV-01183<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SUR LA TABLE, INC.<br><br>Note on Motion Calendar:<br>July 27, 2011 |

### **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Asher Worldwide Enterprises LLC ("PLAINTIFF") hereby dismisses, without prejudice, its claim against Defendant Sur La Table, Inc., in the above-captioned action.

Dated this 27th day of July, 2011.

Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**MANN LAW GROUP**
1218 Third Avenue, Suite 1809
Seattle, Washington 98101

Dismissal (Sur La Table) - 1

(206) 436-0900
Fax (866) 341-5140
*phil@mannlawgroup.com*

 */s/ John Whitaker*
John Whitaker, WSBA No: 28868
**WHITAKER LAW GROUP**
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Phone (206) 319-1575
Fax (206) 347-1057
john@wlawgrp.com


Attorneys for Plaintiff Asher Worldwide
Enterprises LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the day indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties that have appeared in this matter.

Executed on July 27 2011.

*/s/ Philip P. Mann*
Philip P. Mann